# ELECTRONIC RECORD

COA # 11-13-00066-CR          OFFENSE: 19.02

STYLE: **Danny Calamaco v. The State of Texas**          COUNTY: Taylor

COA DISPOSITION: AFFIRMED          TRIAL COURT: 42nd District Court

DATE: 4/9/15          Publish: YES   TC CASE #: 24442-A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Danny Calamaco v. The State of Texas**          CCA #: **PD-0552-15**

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _10/14/2015_          SIGNED: _____   PC: _____

JUDGE: _____          PUBLISH: _____   DNP: _____

Keasler would grant

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**